The Honorable Lonny R. Suko

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANGELA UKPOMA, <br><br> Plaintiff, <br><br> vs. <br><br> SELECT PORTFOLIO SERVICING, INC., <br><br> Defendant. | NO. 2:10-cv-00420 <br><br> NOTICE OF APPEARANCE |

TO:   Angela Ukpoma, *Pro Se*;

PLEASE TAKE NOTICE that without waiving any defenses including, but not limited to, insufficiency of process, insufficiency of service of process, lack of standing, and lack of jurisdiction of this court, the appearance of SELECT PORTFOLIO SERVICING, INC., is hereby entered in the above-entitled action through the undersigned attorneys and all future pleadings or papers, exclusive of original process, are to be served upon said attorneys at the address below stated.

Mark A. Bailey
BERESFORD BOOTH PLLC
145 Third Avenue South, Suite 200
Edmonds, WA 98020
Email: markb@beresfordlaw.com

NOTICE OF APPEARANCE - 1

**BERESFORD ♦ BOOTH** PLLC
145 THIRD AVENUE SOUTH, SUITE 200
EDMONDS, WASHINGTON 98020
(425) 776-4100 · (425) 776-1700 fax

1 | DATED this 16th day of December, 2010.

2 | /s/ Mark Bailey
Mark A. Bailey, WSBA No. 26337
BERESFORD BOOTH PLLC
145 Third Ave. S, Suite 200
Edmonds, WA 98020
(425) 776-4100
Facsimile: (425) 776-1700
markb@beresfordlaw.com

*Counsel for Defendant Select Portfolio Servicing, Inc.*

NOTICE OF APPEARANCE - 2

**BERESFORD ♦ BOOTH** PLLC
145 THIRD AVENUE SOUTH, SUITE 200
EDMONDS, WASHINGTON 98020
(425) 776-4100 · (425) 776-1700 fax

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, and mailed the foregoing to the following via U.S. Mail, return receipt requested:

Angela Ukpoma
P.O. Box 1075
Kettle Falls, WA 99141
*Pro Se*

DATED this 16th day of December, 2010.

/s/ Mark A. Bailey
Mark A. Bailey, WSBA No. 26337
BERESFORD BOOTH PLLC
145 Third Ave. S, Suite 200
Edmonds, WA 98020
(425) 776-4100
Facsimile: (425) 776-1700
markb@beresfordlaw.com

*Counsel for Defendants Select Portfolio Servicing, Inc.*

NOTICE OF APPEARANCE - 3

**BERESFORD ♦ BOOTH** PLLC
145 THIRD AVENUE SOUTH, SUITE 200
EDMONDS, WASHINGTON 98020
(425) 776-4100 · (425) 776-1700 fax