Mark A. Bailey, Esq., WSBA #26337　　　　　　The Honorable Lonny R. Suko
Beresford Booth PLLC　　　　　　　　　　　　Hearing Date: February 23, 2011
145 Third Avenue South, Ste. 200　　　　　　　Response Date: January 31, 2011
Edmonds, WA 98020
Phone (425) 776-4100
Fax (425) 776-1700
Attorney for Select Portfolio Servicing, Inc.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANGELA UKPOMA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SELECT PORTFOLIO SERVICING, INC.,<br><br>　　　　　Defendant. | NO. 2:10-cv-00420-LRS<br><br>**DEFENDANT'S MOTION TO DISMISS**<br><br>**Hearing Date and Time:**<br><br>**February 23, 2011, at 6:30 p.m.**<br><br>**WITHOUT ORAL ARGUMENT** |

　　　　The defendant, Select Portfolio Servicing, Inc. ("SPS"), through its attorneys of record, moves this Court for an Order dismissing this action, filed on December 1, 2010, by plaintiff Angela Ukpoma. The motion is made on the basis that Ukpoma is not the real party in interest, as her claims belong to her bankruptcy estate in the Chapter 7 case Ukpoma filed a week after this action was commenced. *See In re Ukpoma*, Eastern District of Washington Bankruptcy Court Case No. 10-06815-PCW7. As such, Ukpoma's claims became property of her bankruptcy estate. In the

alternative, Ukpoma's claims should be dismissed for failure to state a claim against SPS under Fed. R. Civ. P. 12(b)(6).

This Motion is supported by the Declaration of Diane Weinberger, and the Memorandum in Support of Defendant's Motion to Dismiss, filed herewith.

A proposed order is attached hereto as Exhibit 1.

DATED this 27th day of December, 2010.

/s/ Mark A. Bailey
Mark A. Bailey, WSBA No. 26337
BERESFORD ♦ BOOTH PLLC
145 Third Ave. S, Suite 200
Edmonds, WA 98020
(425) 776-4100
Facsimile: (425) 776-1700
markb@beresfordlaw.com

*Counsel for Defendant Select Portfolio Servicing, Inc.*

MOTION TO DISMISS - 2

**BERESFORD ♦ BOOTH** PLLC
145 THIRD AVENUE SOUTH, SUITE 200
EDMONDS, WASHINGTON 98020
(425) 776-4100 · (425) 776-1700 fax

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System and mailed the foregoing to the following via U.S. Mail to:

Angela Ukpoma
P.O. Box 1075
Kettle Falls, WA 99141
*Pro Se*

Angela Ukpoma
1123 Highway 395 North
Kettle Falls, WA  99141
*Pro Se*

Bruce R. Boyden, Chapter 7 Trustee
Law Offices of Bruce R. Boyden
621 West Mallon
Suite 607
Spokane, WA 99201

DATED this 27th day of December, 2010.

/s/ Mark A. Bailey
Mark A. Bailey, WSBA No. 26337
BERESFORD ♦ BOOTH PLLC
145 Third Ave. S, Suite 200
Edmonds, WA  98020
(425) 776-4100
Facsimile: (425) 776-1700
markb@beresfordlaw.com

*Counsel for Defendants Select Portfolio Servicing, Inc.*

MOTION TO DISMISS - 3

**BERESFORD ♦ BOOTH** PLLC
145 THIRD AVENUE SOUTH, SUITE 200
EDMONDS, WASHINGTON 98020
(425) 776-4100 · (425) 776-1700 fax

# EXHIBIT 1

| | |
|---|---|
| Mark A. Bailey, Esq., WSBA #26337<br>Beresford Booth PLLC<br>145 Third Avenue South, Ste. 200<br>Edmonds, WA 98020<br>Phone (425) 776-4100<br>Fax (425) 776-1700<br>Attorney for Select Portfolio Servicing, Inc. | The Honorable Lonny R. Suko<br>Hearing Date: February 23, 2011 |

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANGELA UKPOMA,<br>              Plaintiff,<br>vs.<br>SELECT PORTFOLIO SERVICING, INC.,<br>              Defendant. | NO. 2:10-cv-00420-LRS<br><br>**[PROPOSED]**<br><br>**ORDER OF DISMISSAL** |

This matter came before the Court on the Motion to Dismiss, filed on December 27, 2010, by defendant Select Portfolio Servicing, Inc. ("SPS"). Based on the pleadings and papers on file, the supporting memorandum, and the evidence presented, the Court finds that on December 8, 2010, a week after the instant suit was commenced, the plaintiff Angela Ukpoma filed for relief under Chapter 7 of the United States Bankruptcy Code, in the matter of *In re Ukpoma*, United States Bankruptcy Court for the Eastern District of Washington Case No. 10-06815-PCW7. Ukpoma's Chapter 7 Trustee, and not Ukpoma herself, is the real party in interest to pursue the claims asserted in this action, and the Chapter 7 Trustee has not sought to intervene as plaintiff despite notice of SPS's motion. Moreover, the Court concludes that Ukpoma's Original Petition, filed herein on December 1, 2010, fails to state

ORDER OF DISMISSAL - 1

**BERESFORD ♦ BOOTH** PLLC
145 THIRD AVENUE SOUTH, SUITE 200
EDMONDS, WASHINGTON 98020
(425) 776-4100 · (425) 776-1700 fax

a claim against SPS upon which relief may be granted, as required by Fed. R. Civ. P. 12(b)(6).

Accordingly, **IT IS HEREBY ORDERED:**

1.  SPS's Motion to Dismiss is hereby **GRANTED.**

2.  Plaintiff's claims against SPS are hereby **DISMISSED.**

The District Court Executive is directed to enter this order and forward copies to counsel.

DATED this _____ day of February, 2011.

_____
CHIEF JUDGE LONNY R. SUKO

Presented by:

BERESFORD BOOTH PLLC

_____
By:  Mark A. Bailey, WSBA No.26337
        Attorney for Defendant

ORDER OF DISMISSAL - 2

**BERESFORD ♦ BOOTH** PLLC
145 THIRD AVENUE SOUTH, SUITE 200
EDMONDS, WASHINGTON 98020
(425) 776-4100 · (425) 776-1700 fax