# EXHIBIT C

SLC, UT 84115
Case 2:10-cv-00420-LRS   Document 4   Filed 12/03/10
on 04/15/2008 at 15:27

**Exh F**

Total of 1 page(s)  Paid: $ 14.00
STEVENS COUNTY, WASHINGTON
TIM GRAY, AUDITOR

AALLEN

\*0010334662\*

## CORPORATE ASSIGNMENT OF DEED OF TRUST

Stevens, Washington
SELLER'S SERVICING #:0010334662 "UKPOMA"

103081

MERS #: 100251207004904947   VRU #: 1-888-679-6377

Date of Assignment: March 17th, 2008
Assignor: Mortgage Electronic Registration Systems, Inc., as Nominee for Credit Suisse Financial Corporation at 3815 SOUTH WEST TEMPLE, SALT LAKE CITY, UT 84115
Assignee: U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF ADJUSTABLE RATE MORTGAGE TRUST 2007-2 ADJUSTABLE RATE MORTGAGE-BACKED PASS THROUGH CERTIFICATES, SERIES 2007-2 at C/O SELECT PORTFOLIO SERVICING, 3815 SOUTH WEST TEMPLE, SALT LAKE CITY, UT 84115

Executed By: ANGELA UKPOMA   To: _____
Date of Deed of Trust: 12/13/2006  Recorded: 12/21/2006 as Instrument No.: 2006 0015510 In Stevens, Washington

Property Address: 1123 HWY 395 N, KETTLE FALLS, WA 99141

KNOW ALL MEN BY THESE PRESENTS that in consideration of the sum of TEN and NO/100ths DOLLARS and other good and valuable consideration, paid to the above named Assignor, the receipt and sufficiency of which is hereby acknowledged, said Assignor hereby assigns unto the above-named Assignee, the said Deed of Trust together with the Note or other evidence of indebtedness (the "Note"), said Note having an original principal sum of $252,000.00 with interest, secured thereby, together with all moneys now owing or that may hereafter become due or owing in respect thereof, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's beneficial interest under the Deed of Trust.

TO HAVE AND TO HOLD the said Deed of Trust and Note, and also the said property unto the said Assignee forever, subject to the terms contained in said Deed of Trust and Note. IN WITNESS WHEREOF, the assignor has executed these presents the day and year first above written:

Mortgage Electronic Registration Systems, Inc., as Nominee for Credit Suisse Financial Corporation
On 03/18/08

By: _____
Barbara Neale, Assistant Secretary

STATE OF Utah
COUNTY OF Salt Lake

On 03/18/08, before me, KIMBERLY CLARK, a Notary Public in and for Salt Lake in the State of Utah, personally appeared Barbara Neale, Assistant Secretary, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

KIMBERLY CLARK
Notary Expires: 12/11/2011



NOTARY PUBLIC
KIMBERLY CLARK
3815 South 92 West
Salt Lake City, Utah 84115
My Commission Expires
December 11, 2011
STATE OF UTAH

(This area for notarial seal)

49