# EXHIBIT D

# SPS SELECT PORTFOLIO SERVICING, inc.

## Payment History Report

Loan Number: 0010334662  
Print Date: 12/20/2010  
Current Principal Bal: 252,000.00  
Next Pay Date: 10/01/2007

| Tran | Pmt Due | Tran Amt Life Pmt | P & I Pmt Misc. Pmt | Escrow Pmt | Fee Pmt | Fee Code | Unapplied | Rest. Escrow | A & H Pmt | Partial Prin Pmt | Partial Int Pmt | Pmt Effective | MSP Bank | MSP Cat |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | Escrow Amt | Escrow Payee CD | Escrow Payee | | | | | | | | | | |
| 2 | | Corp Adv. Amt | Corp Adv Payee CD | | Corp Adv Payee | | | Corp Adv Acct. | Corp Adv Reason | | | | | |
| **12/14/2010** | | | | | | | | | | | | | | |
| 3  632 | | 405.60 | ATCAQUALIT | | | | | 01R01 | FCST | | | | M59 | 001 |
| | | | | | QUALITY LOAN SERVICE CRP | | | | | | | | | |
| 3  632 | | 681.00 | ATCAQUALIT | | | | | 01R01 | FCST | | | | M59 | 001 |
| | | | | | QUALITY LOAN SERVICE CRP | | | | | | | | | |
| **11/30/2010** | | | | | | | | | | | | | | |
| 2  161 | | 179.17 | | | | | | | | | | | M59 | 001 |
| 2  351 | | -179.17 | ASPOL | | ASSURANT HAZA | | | | | | | | M59 | 001 |
| **11/12/2010** | | | | | | | | | | | | | | |
| 3  631 | | 13.85 | RRR | | | | | 75R80 | INSP | | | | M59 | 001 |
| | | | | | RESIDENTIAL REAL ESTATE | | | | | | | | | |
| **11/08/2010** | | | | | | | | | | | | | | |
| 2  161 | | 179.17 | | | | | | | | | | | M59 | 001 |
| 2  351 | | -179.17 | ASPOL | | ASSURANT HAZA | | | | | | | | M59 | 001 |
| **10/04/2010** | | | | | | | | | | | | | | |
| 2  161 | | 179.17 | | | | | | | | | | | M59 | 001 |
| 2  351 | | -179.17 | ASPOL | | ASSURANT HAZA | | | | | | | | M59 | 001 |
| 3  631 | | 13.85 | RRR | | | | | 75R80 | INSP | | | | M59 | 001 |
| | | | | | RESIDENTIAL REAL ESTATE | | | | | | | | | |
| **09/07/2010** | | | | | | | | | | | | | | |
| 2  161 | | 179.17 | | | | | | | | | | | M59 | 001 |
| 2  351 | | -179.17 | ASPOL | | ASSURANT HAZA | | | | | | | | M59 | 001 |
| **08/18/2010** | | | | | | | | | | | | | | |
| 3  631 | | 13.85 | RRR | | | | | 75R80 | INSP | | | | M59 | 001 |
| | | | | | RESIDENTIAL REAL ESTATE | | | | | | | | | |
| **08/02/2010** | | | | | | | | | | | | | | |
| 2  161 | | 179.17 | | | | | | | | | | | M59 | 001 |
| 2  351 | | -179.17 | ASPOL | | ASSURANT HAZA | | | | | | | | M59 | 001 |
| **07/27/2010** | | | | | | | | | | | | | | |
| 3  632 | | 569.80 | ATCAQUALIT | | | | | 01R01 | FCST | | | | M59 | 001 |
| | | | | | QUALITY LOAN SERVICE CRP | | | | | | | | | |
| **07/06/2010** | | | | | | | | | | | | | | |
| 2  161 | | 179.17 | | | | | | | | | | | M59 | 001 |
| 2  351 | | -179.17 | ASPOL | | ASSURANT HAZA | | | | | | | | M59 | 001 |

The contents of this document are RESTRICTED to authorized individuals. Any unauthorized access, use or duplication is strictly prohibited.

# Payment History Report

Loan Number: 0010334662  Current Principal Bal: 252,000.00  Next Pay Date: 10/01/2007
Print Date: 12/20/2010

| Tran | Pmt Due | Tran Amt Life Pmt | P & I Pmt Misc. Pmt | Escrow Pmt | Fee Pmt | Fee Code | Unapplied | Rest. Escrow | A & H Pmt | Partial Prin Pmt | Partial Int Pmt | Pmt Effective | MSP Bank | MSP Cat |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Escrow Amt | Escrow Payee CD | Escrow Payee | Corp Adv Payee | | | Corp Adv Acct. | Corp Adv Reason | | | | MSP Bank | MSP Cat |
| | | Corp Adv. Amt | Corp Adv Payee CD | | | | | | | | | | MSP Bank | MSP Cat |
| **07/01/2010** | | | | | | | | | | | | | | |
| 3 | 601 | 6.01 | | | | | | 05T05 | POST | | | | M59 | 001 |
| **06/25/2010** | | | | | | | | | | | | | | |
| 3 | 631 | 13.85 | RRR | | RESIDENTIAL REAL ESTATE | | | 75R80 | INSP | | | | M59 | 001 |
| 3 | 766 | 0.50 | | | | | | 05T05 | FLOD | | | | M59 | 001 |
| **06/10/2010** | | | | | | | | | | | | | | |
| 3 | 631 | 115.00 | RRR | | RESIDENTIAL REAL ESTATE | | | 75R80 | FBPO | | | | M59 | 001 |
| **06/03/2010** | | | | | | | | | | | | | | |
| 3 | 632 | 158.02 | ATCAQUALIT | | QUALITY LOAN SERVICE CRP | | | 01R01 | FCST | | | | M59 | 001 |
| **06/01/2010** | | | | | | | | | | | | | | |
| 2 | 161 | 179.17 | | | | | | | | | | | | |
| 2 | 351 | -179.17 ASPOL | | ASSURANT HAZA | | | | | | | | | M59 | 001 |
| **05/12/2010** | | | | | | | | | | | | | | |
| 3 | 631 | 13.85 | RRR | | RESIDENTIAL REAL ESTATE | | | 75R80 | INSP | | | | M59 | 001 |
| **05/06/2010** | | | | | | | | | | | | | | |
| 3 | 601 | 0.50 | A4272 | | LPS NATIONAL FLOOD | | | 05T05 | FLOD | | | | M59 | 001 |
| **05/03/2010** | | | | | | | | | | | | | | |
| 2 | 161 | 179.17 | | | | | | | | | | | | |
| 2 | 351 | -179.17 ASPOL | | ASSURANT HAZA | | | | | | | | | M59 | 001 |
| **04/05/2010** | | | | | | | | | | | | | | |
| 2 | 161 | 179.18 | | | | | | | | | | | | |
| 2 | 351 | -179.18 ASPOL | | ASSURANT HAZA | | | | | | | | | M59 | 001 |
| **03/24/2010** | | | | | | | | | | | | | | |
| 3 | 632 | 785.86 | ATCAQUALIT | | QUALITY LOAN SERVICE CRP | | | 01R01 | FCST | | | | M59 | 001 |
| **03/03/2010** | | | | | | | | | | | | | | |
| 3 | 631 | 13.85 | RRR | | RESIDENTIAL REAL ESTATE | | | 75R80 | INSP | | | | M59 | 001 |
| **03/01/2010** | | | | | | | | | | | | | | |
| 2 | 161 | 179.18 | | | | | | | | | | | | |
| 2 | 351 | -179.18 ASPOL | | ASSURANT HAZA | | | | | | | | | M59 | 001 |
| **02/01/2010** | | | | | | | | | | | | | | |
| 2 | 161 | 179.18 | | | | | | | | | | | | |
| 2 | 351 | -179.18 ASPOL | | ASSURANT HAZA | | | | | | | | | M59 | 001 |
| **01/12/2010** | | | | | | | | | | | | | | |
| 2 | 161 | 179.10 | | | | | | | | | | | | |
| 2 | 351 | -179.10 ASPOL | | ASSURANT HAZA | | | | | | | | | M59 | 001 |

The contents of this document are RESTRICTED to authorized individuals. Any unauthorized access, use or duplication is strictly prohibited.

# Payment History Report

Loan Number: 0010334662  
Print Date: 12/20/2010  
Current Principal Bal: 252,000.00  
Next Pay Date: 10/01/2007

| Tran | Pmt Due | Tran Amt Life Pmt | P & I Pmt Misc. Pmt | Escrow Pmt | Fee Pmt | Fee Code | Rest. Escrow | A & H Pmt | Partial Prin Pmt | Partial Int Pmt | Pmt Effective | MSP Bank | MSP Cat |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tran | | Escrow Amt | Escrow Payee CD | Escrow Payee | | | | | | | | MSP Bank | MSP Cat |
| Tran | | Corp Adv. Amt | Corp Adv Payee CD | | Corp Adv Payee | | Corp Adv Acct. | Corp Adv Reason | | | | MSP Bank | MSP Cat |
| **12/31/2009** | | | | | | | | | | | | | |
| 3 766 | | 150.00 | | | | | 05T05 | FBPO | | | | M59 | 001 |
| 3 766 | | 27.00 | | | | | 05T05 | TXDQ | | | | M59 | 001 |
| 3 766 | | 9.60 | | | | | 05T05 | INSP | | | | M59 | 001 |
| 3 766 | | 9.75 | | | | | 05T05 | MCBR | | | | M59 | 001 |
| **12/09/2009** | | | | | | | | | | | | | |
| 3 601 | | 5.67 | | | | | 01R01 | POST | | | | M59 | 001 |
| **12/02/2009** | | | | | | | | | | | | | |
| 2 161 | | 179.17 | | | | | | | | | | M59 | 001 |
| 2 351 | | -179.17 ASPOL | | ASSURANT HAZA | | | | | | | | M59 | 001 |
| **11/23/2009** | | | | | | | | | | | | | |
| 3 631 | | 9.60 | RRR | | | | RESIDENTIAL REAL ESTATE | 75T80 | INSP | | | | M59 | 001 |
| **11/19/2009** | | | | | | | | | | | | | |
| 3 630 | | 9.75 | ROTXCBC | | | | CBC INNOVIS | 05T05 | MCBR | | | | M59 | 001 |
| **11/09/2009** | | | | | | | | | | | | | |
| 2 161 | | 7,165.65 | | | | | | | | | | M59 | 001 |
| 2 320 | | -5,606.76 46065 | | STEVENS COUNT | | | | | | | | M59 | 001 |
| 2 328 | | -1,558.89 46065 | | STEVENS COUNT | | | | | | | | M59 | 001 |
| 3 601 | | 27.00 | 60001 | | SELECT PORTFOLIO SERV | | 05T05 | TXDQ | | | | M59 | 001 |
| **11/05/2009** | | | | | | | | | | | | | |
| 3 631 | | 150.00 | RRR | | RESIDENTIAL REAL ESTATE | | 75T80 | FBPO | | | | M59 | 001 |
| **11/02/2009** | | | | | | | | | | | | | |
| 2 161 | | 179.17 | | | | | | | | | | M59 | 001 |
| 2 351 | | -179.17 ASPOL | | ASSURANT HAZA | | | | | | | | M59 | 001 |
| **10/09/2009** | | | | | | | | | | | | | |
| 3 630 | | 30.15 | ATCAQUALIT | | QUALITY LOAN SERVICE CRP | | 01R01 | FATT | | | | M59 | 001 |
| 3 632 | | 1,433.86 | ATCAQUALIT | | QUALITY LOAN SERVICE CRP | | 01R01 | FCST | | | | M59 | 001 |
| **10/06/2009** | | | | | | | | | | | | | |
| 2 161 | | 179.17 | | | | | | | | | | M59 | 001 |
| 2 351 | | -179.17 ASPOL | | ASSURANT HAZA | | | | | | | | M59 | 001 |
| **10/05/2009** | | | | | | | | | | | | | |
| 3 630 | | 210.00 | ATWRIGHTFI | | WRIGHT FINLAY AND ZAK | | 01R01 | LIFE | | | | M59 | 001 |
| 3 632 | | 0.44 | ATWRIGHTFI | | WRIGHT FINLAY AND ZAK | | 01R01 | LITC | | | | M59 | 001 |
| **09/09/2009** | | | | | | | | | | | | | |

The contents of this document are RESTRICTED to authorized individuals  
Any unauthorized access, use or duplication is strictly prohibited

# Payment History Report

Loan Number: 0010334662  
Print Date: 12/20/2010  
Current Principal Bal: 252,000.00  
Next Pay Date: 10/01/2007

| 1 | Tran | Pmt Due | Tran Amt Life Pmt | P & I Pmt Misc. Pmt | Escrow Pmt | Fee Pmt | Fee Code | Unapplied | Rest. Escrow | A & H Pmt | Partial Prin Pmt | Partial Int Pmt | Pmt Effective | MSP Bank | MSP Cat |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | Tran | | Escrow Amt | Escrow Payee CD | Escrow Payee | | | | | | | | | MSP Bank | MSP Cat |
| 3 | Tran | | Corp Adv. Amt | Corp Adv Payee CD | | Corp Adv Payee | | | Corp Adv Acct. | Corp Adv Reason | | | | MSP Bank | MSP Cat |
| 3 | 631 | 08/31/2009 | 13.85 | RRR | | | | | 75R80 | INSP | | | | M59 | 001 |
| 2 | 161 | | 179.17 | | | | | | | | | | | M59 | 001 |
| 2 | 351 | 08/18/2009 | -179.17 | ASPOL | ASSURANT HAZA | | | | | | | | | M59 | 001 |
| 3 | 631 | 08/04/2009 | 89.00 | RRR | | RESIDENTIAL REAL ESTATE | | | 75R80 | FBPO | | | | M59 | 001 |
| 3 | 630 | | 840.00 | ATCAMCCART | | MCCARTHY & HOLTHUS LLP | | | 01R01 | LIFE | | | | M59 | 001 |
| 3 | 632 | 08/03/2009 | 315.00 | ATCAMCCART | | MCCARTHY & HOLTHUS LLP | | | 01R01 | LITC | | | | M59 | 001 |
| 2 | 161 | | 179.17 | | | | | | | | | | | M59 | 001 |
| 2 | 351 | 07/07/2009 | -179.17 | ASPOL | ASSURANT HAZA | | | | | | | | | M59 | 001 |
| 2 | 161 | | 179.17 | | | | | | | | | | | M59 | 001 |
| 2 | 351 | 06/17/2009 | -179.17 | ASPOL | ASSURANT HAZA | | | | | | | | | M59 | 001 |
| 3 | 630 | 06/01/2009 | 355.00 | ATCAMCCART | | MCCARTHY & HOLTHUS LLP | | | 01R01 | LIFE | | | | M59 | 001 |
| 2 | 161 | | 179.17 | | , ASSURANT HAZA | | | | | | | | | M59 | 001 |
| 2 | 351 | | -179.17 | ASPOL | | | | | | | | | | M59 | 001 |
| 3 | 630 | | 920.00 | ATCAMCCART | | MCCARTHY & HOLTHUS LLP | | | 01R01 | LIFE | | | | M59 | 001 |
| 3 | 630 | 05/04/2009 | 1,095.00 | ATCAMCCART | | MCCARTHY & HOLTHUS LLP | | | 01R01 | LIFE | | | | M59 | 001 |
| 2 | 161 | | 179.17 | | | | | | | | | | | M59 | 001 |
| 2 | 351 | 04/07/2009 | -179.17 | ASPOL | ASSURANT HAZA | | | | | | | | | M59 | 001 |
| 2 | 161 | | 179.18 | | | | | | | | | | | M59 | 001 |
| 2 | 351 | 03/02/2009 | -179.18 | ASPOL | ASSURANT HAZA | | | | | | | | | M59 | 001 |
| 2 | 161 | | 179.18 | | | | | | | | | | | M59 | 001 |
| 2 | 351 | 02/20/2009 | -179.18 | ASPOL | ASSURANT HAZA | | | | | | | | | M59 | 001 |
| 3 | 632 | 02/03/2009 | 1,135.32 | ATCAQUALIT | | QUALITY LOAN SERVICE CRP | | | 01R01 | FCST | | | | M59 | 001 |

The contents of this document are RESTRICTED to authorized individuals. Any unauthorized access, use or duplication is strictly prohibited.

# Payment History Report

Loan Number: 0010334662  
Print Date: 12/20/2010  
Current Principal Bal: 252,000.00  
Next Pay Date: 10/01/2007

| Tran | Pmt Due | Tran Amt Life Pmt | P & I Pmt Misc. Pmt | Escrow Pmt | Fee Pmt | Fee Code | Unapplied | Rstr. Escrow | A & H Pmt | Partial Prin Pmt | Partial Int Pmt | Pmt Effective | MSP Bank | MSP Cat |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Tran | Escrow Amt | Escrow Payee CD | Escrow Payee | | | | Corp Adv Acct. | Corp Adv Reason | | | | MSP Bank | MSP Cat |
| | Tran | Corp Adv. Amt | Corp Adv Payee CD | Corp Adv Payee | | | | | | | | | MSP Bank | MSP Cat |
| 2 161 | 01/22/2009 | 179.18 | | | | | | | | | | | | |
| 2 351 | | -179.18 ASPOL | | ASSURANT HAZA | | | | | | | | | M59 | 001 |
| 3 631 | 01/12/2009 | 89.00 | RRR | | RESIDENTIAL REAL ESTATE | | | 75R80 | FBPO | | | | M59 | 001 |
| 2 161 | 12/02/2008 | 179.10 | | | | | | | | | | | M59 | 001 |
| 2 351 | | -179.10 ASPOL | | ASSURANT HAZA | | | | | | | | | M59 | 001 |
| 2 161 | 11/04/2008 | 179.17 | | | | | | | | | | | M59 | 001 |
| 2 351 | | -179.17 ASPOL | | ASSURANT HAZA | | | | | | | | | M59 | 001 |
| 2 161 | 10/29/2008 | 179.17 | | | | | | | | | | | M59 | 001 |
| 2 351 | | -179.17 ASPOL | | ASSURANT HAZA | | | | | | | | | M59 | 001 |
| 3 766 | 10/22/2008 | 22.00 | | | | | | 05T05 | TXDQ | | | | M59 | 001 |
| 3 630 | 10/07/2008 | 125.00 | ATCAMCCART | | MCCARTHY & HOLTHUS LLP | | | 01R01 | BATT | | | | M59 | 001 |
| 2 161 | 09/24/2008 | 179.17 | | | | | | | | | | | M59 | 001 |
| 2 351 | | -179.17 ASPOL | | ASSURANT HAZA | | | | | | | | | M59 | 001 |
| 3 601 | 09/02/2008 | 22.00 | 60001 | | SELECT PORTFOLIO SERVICI | | | 05T05 | TXDQ | | | | M59 | 001 |
| 3 766 | | 14.00 | | | | | | 05T05 | TXCT | | | | M59 | 001 |
| 2 161 | 08/13/2008 | 179.17 | | | | | | | | | | | M59 | 001 |
| 2 351 | | -179.17 ASPOL | | ASSURANT HAZA | | | | | | | | | M59 | 001 |
| 3 630 | 08/05/2008 | 546.75 | ATCAQUALIT | | QUALITY LOAN SERVICE CRP | | | 01R01 | FATT | | | | M59 | 001 |
| 3 632 | | 14.00 | ATCAQUALIT | | QUALITY LOAN SERVICE CRP | | | 05T05 | TXCT | | | | M59 | 001 |
| 3 632 | | 1,851.05 | ATCAQUALIT | | QUALITY LOAN SERVICE CRP | | | 01R01 | FCST | | | | M59 | 001 |
| 2 161 | 07/14/2008 | 179.17 | | | | | | | | | | | M59 | 001 |
| 2 351 | | -179.17 ASPOL | | ASSURANT HAZA | | | | | | | | | M59 | 001 |

The contents of this document are RESTRICTED to authorized individuals. Any unauthorized access, use or duplication is strictly prohibited.

# Payment History Report

Loan Number: 0010334662  
Print Date: 12/20/2010  
Current Principal Bal: 252,000.00  
Next Pay Date: 10/01/2007

| Tran | Pmt Due | Tran Amt Life Pmt | P & I Pmt Misc. Pmt | Escrow Pmt | Fee Pmt | Fee Code | Unapplied | Rest. Escrow | A & H Pmt | Partial Prin Pmt | Partial Int Pmt | Pmt Effective | MSP Bank | MSP Cat |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Tran | Escrow Amt | Escrow Payee CD | Escrow Payee | | | | | | | | | MSP Bank | MSP Cat |
| | Tran | Corp Adv. Amt | Corp Adv Payee CD | | Corp Adv Payee | | | Corp Adv Acct. | Corp Adv Reason | | | | MSP Bank | MSP Cat |
| 3 630 | | 600.00 | ATCAMCCART | | | MCCARTHY & HOLTHUS LLP | | 01R01 | BATT | | | | M59 | 001 |
| 3 632 | | 150.00 | ATCAMCCART | | | MCCARTHY & HOLTHUS LLP | | 01R01 | BCST | | | | M59 | 001 |
| **07/01/2008** | | | | | | | | | | | | | | |
| 2 161 | | 179.17 | | | | | | | | | | | M59 | 001 |
| 2 351 | | -179.17 ASPOL | | ASSURANT HAZA | | | | | | | | | M59 | 001 |
| **06/25/2008** | | | | | | | | | | | | | | |
| 3 631 | | 89.00 | RRR | | | RESIDENTIAL REAL ESTATE | | 75R80 | FBPO | | | | M59 | 001 |
| **06/03/2008** | | | | | | | | | | | | | | |
| 2 161 | | 179.17 | | | | | | | | | | | M59 | 001 |
| 2 351 | | -179.17 ASPOL | | ASSURANT HAZA | | | | | | | | | M59 | 001 |
| **05/07/2008** | | | | | | | | | | | | | | |
| 2 161 | | 179.17 | | | | | | | | | | | M59 | 001 |
| 2 351 | | -179.17 ASPOL | | ASSURANT HAZA | | | | | | | | | M59 | 001 |
| **04/09/2008** | | | | | | | | | | | | | | |
| 2 161 | | 716.64 | | | | | | | | | | | M59 | 001 |
| 2 351 | | -716.64 ASPOL | | ASSURANT HAZA | | | | | | | | | M59 | 001 |
| **12/17/2007** | | | | | | | | | | | | | | |
| 3 601 | | 3.00 | | | | | | 75T36 | NETF | | | | M59 | 001 |
| **12/14/2007** | | | | | | | | | | | | | | |
| 3 631 | | 85.00 | RRR | | | RESIDENTIAL REAL ESTATE | | 75R80 | FBPO | | | | M59 | 001 |
| **09/06/2007** | | | | | | | | | | | | | | |
| 1 172 | 09/01/2007 | 1,575.00 / 0.00 | 1,575.00 / 0.00 | 0.00 / 0.00 | 0.00 | | 0.00 | | | 0.00 | 1,575.00 | 09/06/2007 | M59 | 001 |
| **08/02/2007** | | | | | | | | | | | | | | |
| 1 172 | 08/01/2007 | 1,575.00 / 0.00 | 1,575.00 / 0.00 | 0.00 / 0.00 | 0.00 | | 0.00 | | | 0.00 | 1,575.00 | 08/02/2007 | M59 | 001 |
| 1 173 | 09/01/2007 | 15.00 / 0.00 | 0.00 / 0.00 | 0.00 / 0.00 | 15.00 | F | 0.00 | | | 0.00 | 0.00 | | M59 | 001 |
| **07/20/2007** | | | | | | | | | | | | | | |
| 1 172 | 07/01/2007 | 1,575.00 / 0.00 | 1,575.00 / 0.00 | 0.00 / 0.00 | 0.00 | | 0.00 | | | 0.00 | 1,575.00 | 07/20/2007 | M59 | 001 |
| 1 173 | 08/01/2007 | 15.00 / 0.00 | 0.00 / 0.00 | 0.00 / 0.00 | 15.00 | F | 0.00 | | | 0.00 | 0.00 | | M59 | 001 |
| **07/11/2007** | | | | | | | | | | | | | | |
| 1 147 | 08/01/2007 | 0.00 / 0.00 | 0.00 / 0.00 | 0.00 / 0.00 | -15.00 | F | 15.00 | | | 0.00 | 0.00 | | M59 | 001 |

The contents of this document are RESTRICTED to authorized individuals. Any unauthorized access, use or duplication is strictly prohibited.

# Payment History Report

Loan Number: 0010334662  
Print Date: 12/20/2010  
Current Principal Bal: 252,000.00  
Next Pay Date: 10/01/2007

| Tran | Pmt Due | Tran Amt Life Pmt | P & I Pmt Misc. Pmt | Escrow Pmt | Fee Pmt | Fee Code | Unapplied | Rest. Escrow | A & H Pmt | Partial Prin Pmt | Partial Int Pmt | Pmt Effective | MSP Bank | MSP Cat |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Escrow Amt | Escrow Payee CD | Escrow Payee | | | | | | | | | | |
| | | Corp Adv. Amt | Corp Adv Payee CD | | Corp Adv Payee | | | Corp Adv Acct. | Corp Adv Reason | | | | | |
| 1  147 | 07/01/2007 | 0.00 | -1,575.00 | 0.00 | 0.00 | | 1,575.00 | 0.00 | 0.00 | 0.00 | -1,575.00 | | M59 | 001 |
| | | 0.00 | 0.00 | 0.00 | | | | | | | | | | |
| 1  148 | 07/01/2007 | 0.00 | 0.00 | 0.00 | 0.00 | | -1,590.00 | 0.00 | 0.00 | 0.00 | 0.00 | | M59 | 001 |
| | | 0.00 | 0.00 | 0.00 | | | | | | | | | | |
| **07/05/2007** | | | | | | | | | | | | | | |
| 1  172 | 07/01/2007 | 1,575.00 | 1,575.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 1,575.00 | 07/03/2007 | M59 | 001 |
| | | 0.00 | 0.00 | 0.00 | | | | | | | | | | |
| 1  173 | 08/01/2007 | 15.00 | 0.00 | 0.00 | 15.00 | F | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | M59 | 001 |
| | | 0.00 | 0.00 | 0.00 | | | | | | | | | | |
| **06/01/2007** | | | | | | | | | | | | | | |
| 1  172 | 06/01/2007 | 1,575.00 | 1,575.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 1,575.00 | 06/01/2007 | M59 | 001 |
| | | 0.00 | 0.00 | 0.00 | | | | | | | | | | |
| 1  173 | 07/01/2007 | 15.00 | 0.00 | 0.00 | 15.00 | F | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | M59 | 001 |
| | | 0.00 | 0.00 | 0.00 | | | | | | | | | | |
| **05/07/2007** | | | | | | | | | | | | | | |
| 1  172 | 05/01/2007 | 1,575.00 | 1,575.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 1,575.00 | 05/04/2007 | L15 | 001 |
| | | 0.00 | 0.00 | 0.00 | | | | | | | | | | |
| 1  173 | 06/01/2007 | 15.00 | 0.00 | 0.00 | 15.00 | F | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | L15 | 001 |
| | | 0.00 | 0.00 | 0.00 | | | | | | | | | | |
| **04/06/2007** | | | | | | | | | | | | | | |
| 1  172 | 04/01/2007 | 1,575.00 | 1,575.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 1,575.00 | 04/06/2007 | L15 | 001 |
| | | 0.00 | 0.00 | 0.00 | | | | | | | | | | |
| 1  173 | 05/01/2007 | 15.00 | 0.00 | 0.00 | 15.00 | F | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | L15 | 001 |
| | | 0.00 | 0.00 | 0.00 | | | | | | | | | | |
| **03/12/2007** | | | | | | | | | | | | | | |
| 3  601 | | 65.00 | 60001 | | SELECT PORTFOLIO SERVICI | | | 03T03 | NETF | | | | L15 | 001 |
| **03/02/2007** | | | | | | | | | | | | | | |
| 1  172 | 03/01/2007 | 1,575.00 | 1,575.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 1,575.00 | 03/01/2007 | L15 | 001 |
| | | 0.00 | 0.00 | 0.00 | | | | | | | | | | |
| 1  173 | 04/01/2007 | 15.00 | 0.00 | 0.00 | 15.00 | F | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | L15 | 001 |
| | | 0.00 | 0.00 | 0.00 | | | | | | | | | | |
| **02/05/2007** | | | | | | | | | | | | | | |
| 1  172 | 02/01/2007 | 1,575.00 | 1,575.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 1,575.00 | 02/04/2007 | L15 | 001 |
| | | 0.00 | 0.00 | 0.00 | | | | | | | | | | |
| 1  173 | 03/01/2007 | 15.00 | 0.00 | 0.00 | 15.00 | F | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | L15 | 001 |
| | | 0.00 | 0.00 | 0.00 | | | | | | | | | | |
| **01/09/2007** | | | | | | | | | | | | | | |
| 3  766 | | 68.00 | | | | | | 75T36 | NETF | | | | L15 | 001 |

The contents of this document are RESTRICTED to authorized individuals. Any unauthorized access, use or duplication is strictly prohibited.

# Payment History Report

Loan Number: 0010334662  Current Principal Bal: 252,000.00  Next Pay Date: 10/01/2007
Print Date: 12/20/2010

| Tran | Pmt Due | Tran Amt / Life Pmt | P & I Pmt / Misc. Pmt | Escrow Pmt | Fee Pmt | Fee Code | Unapplied | Rest. Escrow | A & H Pmt | Partial Prin Pmt | Partial Int Pmt | Pmt Effective | MSP Bank | MSP Cat |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Escrow Amt | Escrow Payee CD | Escrow Payee | | | | | | | | | MSP Bank | MSP Cat |
| | | Corp Adv. Amt | Corp Adv Payee CD | | Corp Adv Payee | | | Corp Adv Acct. | Corp Adv Reason | | | | MSP Bank | MSP Cat |
| **01/03/2007** | | | | | | | | | | | | | | |
| 1  143 | 02/01/2007 | 0.00 | 525.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 525.00 | | L15 | 001 |
| | | 0.00 | 0.00 | 0.00 | | | | | | | | | | |
| **01/02/2007** | | | | | | | | | | | | | | |
| 1  142 | 02/01/2007 | 0.00 | -252,000.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | -252,000.00 | 0.00 | | L15 | 001 |
| | | 0.00 | 0.00 | 0.00 | | | | | | | | | | |

The contents of this document are RESTRICTED to authorized individuals. Any unauthorized access, use or duplication is strictly prohibited.