Mark A. Bailey, Esq., WSBA #26337
Beresford Booth PLLC
145 Third Avenue South, Ste. 200
Edmonds, WA 98020
Phone (425) 776-4100
Fax (425) 776-1700
Attorney for Select Portfolio Servicing, Inc.

The Honorable Lonny R. Suko
Hearing Date: February 23, 2011
Response Date: January 31, 2011

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANGELA UKPOMA,<br><br>           Plaintiff,<br><br>     vs.<br><br>SELECT PORTFOLIO SERVICING, INC.,<br><br>           Defendant. | NO. 2:10-cv-00420-LRS<br><br>**NOTICE OF HEARING**<br><br>**WITHOUT ORAL ARGUMENT** |

TO:         THE CLERK OF THE CLERK;

AND TO:    ANGELA UKPOMA, Plaintiff;

AND TO:    BRUCE R. BOYDEN, CHAPTER 7 TRUSTEE

    PLEASE TAKE NOTICE that Defendant Select Portfolio Servicing, Inc., by and through their respective counsel of record, has set a Hearing without oral argument as follows:

**Nature of Hearing:**  Motion to Dismiss

**Date and Time:**  February 23, 2011, at 6:30 p.m.

**Location:**  Thomas S. Foley U.S. Courthouse
Chief Judge Lonny R. Suko's Courtroom
920 West Riverside Ave., 7th Floor
Spokane, Washington  99201

NOTICE OF HEARING - 1

**BERESFORD ♦ BOOTH** PLLC
145 THIRD AVENUE SOUTH, SUITE 200
EDMONDS, WASHINGTON 98020
(425) 776-4100

1  DATED this 27th day of December, 2010.

2

3              /s/ Mark A. Bailey
   _____
4  Mark A. Bailey, WSBA No. 26337
   BERESFORD ♦ BOOTH PLLC
5  145 Third Ave. S, Suite 200
   Edmonds, WA  98020
6  (425) 776-4100
   Facsimile: (425) 776-1700
7  markb@beresfordlaw.com

8  *Counsel for Defendant Select
   Portfolio Servicing, Inc.*
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

NOTICE OF HEARING - 2                       **BERESFORD ♦ BOOTH PLLC**
                                          145 THIRD AVENUE SOUTH, SUITE 200
                                             EDMONDS, WASHINGTON 98020
                                                   (425) 776-4100

# CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System and mailed the foregoing to the following via U.S. Mail to:

Angela Ukpoma
P.O. Box 1075
Kettle Falls, WA 99141
*Pro Se*

Angela Ukpoma
1123 Highway 395 North
Kettle Falls, WA  99141
*Pro Se*

Bruce R. Boyden, Chapter 7 Trustee
Law Offices of Bruce R. Boyden
621 West Mallon
Suite 607
Spokane, WA 99201

DATED this 27th day of December, 2010.

/s/ Mark A. Bailey
Mark A. Bailey, WSBA No. 26337
BERESFORD ♦ BOOTH PLLC
145 Third Ave. S, Suite 200
Edmonds, WA  98020
(425) 776-4100
Facsimile: (425) 776-1700
markb@beresfordlaw.com

*Counsel for Defendants Select Portfolio Servicing, Inc.*