1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Mark A. Bailey, Esq., WSBA #26337
Beresford Booth PLLC
145 Third Avenue South, Ste. 200
Edmonds, WA 98020
Phone (425) 776-4100
Fax (425) 776-1700
Attorney for Select Portfolio Servicing, Inc.

The Honorable Lonny R. Suko
Hearing Date: Not Noted

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

ANGELA UKPOMA,

Plaintiff,

vs.

SELECT PORTFOLIO
SERVICING, INC.,

Defendant.

NO. 2:10-cv-00420-LRS

**DEFENDANT'S OPPOSITION
TO PLAINTIFF'S "MOTION"
CONTAINED IN HER NOTICE
OF BANKRUPTCY FILING**

**Hearing Date and Time:**

**Not Noted in Moving Papers**

The defendant, Select Portfolio Servicing, Inc. ("SPS"), through its attorneys of record, files this opposition to the Notice of Bankruptcy Filing, filed by the plaintiff, Angela Ukpoma, on January 4, 2011 (Ct. Dkt. No. 15). Though not fashioned as a motion or noted for hearing, the second page of the Notice of Bankruptcy Filing contains a "Prayer" requesting an order that "this case be stayed pursuant to 11 U.S.C. 362" and an order "absolving Plaintiff from responding to motions filed by defendant" (the "Motion"). To the extent the Court is inclined to consider the merits of these motions, they should be denied.

DEFENDANT'S OPPOSITION
TO NOTICE OF BANKRUPTCY FILING - 1

**BERESFORD ♦ BOOTH** PLLC
145 THIRD AVENUE SOUTH, SUITE 200
EDMONDS, WASHINGTON 98020
(425) 776-4100 · (425) 776-1700 fax

1    Procedurally, the Motion should be denied because it was filed without

2    any supporting affidavits, a memorandum of points and authorities, a proposed

3    order, or an accompanying Notice of Hearing, as required by Local Rule 7.1.

4    On the merits, the Motion should also be denied.  It is true that Plaintiff

5    filed a Petition for relief under Chapter 7 a week after this lawsuit was filed.

6    Because Plaintiff's causes of action in this lawsuit then became property of her

7    bankruptcy estate, SPS filed its Motion to Dismiss because Plaintiff is not the

8    real party in interest.  *See* Ct. Dkt. No. 7; *see also* 11 U.S.C. §541(a)(1) (the

9    filing of a petition in bankruptcy creates an estate that generally includes "all

10    legal or equitable interests of the debtor in property as of the commencement

11    of the case").

12    The Bankruptcy Code's automatic stay of 11 U.S.C. §362, however,

13    does not operate as a stay preventing a defendant from defending pre-petition

14    lawsuits filed by the bankrupt debtor.  The filing of a bankruptcy petition

15    operates as a stay, applicable to all entities, of "the commencement or

16    continuation . . . of a judicial, administrative, or other action or proceeding

17    *against the debtor* that was or could have been commenced before the

18    commencement of the case under this title, or to recover a claim *against the*

19    *debtor* that arose before the commencement of the case under this title."

20    11 U.S.C. §362(a)(1) (emphasis added).

21    From the plain language of the statute, it is clear that the automatic stay

22    only applies to those civil actions *against* a debtor.  *See In re Kozich,* 406 B.R.

23    949, 953 (Bankr. S.D. Fla. 2009); *see also Crosby v. Monroe County,* 394 F.3d

24    1328, 1331 n. 2 (11th Cir. 2004) (finding that the filing of bankruptcy did not

25    stay an action initiated by the debtor).  "Thus, [when a plaintiff files for

26    bankruptcy,] the District Court can proceed with the lawsuit, because the

DEFENDANT'S OPPOSITION
TO NOTICE OF BANKRUPTCY FILING - 2

**BERESFORD ♦ BOOTH** PLLC
145 THIRD AVENUE SOUTH, SUITE 200
EDMONDS, WASHINGTON 98020
(425) 776-4100 · (425) 776-1700 fax

lawsuit is not stayed by the bankruptcy automatic stay." *Mitchell v. Fukuoka Daiei Hawks Baseball Club (In re Mitchell)*, 206 B.R. 204, 212 (Bankr. C.D. Cal. 1997).

Here, Ukpoma is the named plaintiff.  As such, this civil action is not against the named debtor in the bankruptcy action, and the automatic does not apply.

Nor does the bankruptcy stay prevent a defendant who is sued by the debtor from defending itself in the debtor's lawsuit. *Mitchell*, 206 B.R. at 212. It is not a violation of the automatic stay to defend or seek dismissal of a pre-bankruptcy lawsuit filed by the Debtor. *See In re Way*, 229 B.R. 11 (B.A.P. 9th Cir. 1998); *White v. City of Santee (In re White)*, 186 B.R. 700 (B.A.P. 9th Cir. 1995).

The proper action is to dismiss the lawsuit, as argued in SPS's pending Motion to Dismiss.  Plaintiff should not be excused from responding to the Motion to Dismiss or any other motions SPS may file in this action.  The Motion should be denied.

A proposed order is attached hereto as Exhibit 1.

DATED this 10th day of January, 2011.

> s/ Mark A. Bailey
> Mark A. Bailey, WSBA No. 26337
> BERESFORD ♦ BOOTH PLLC
> 145 Third Ave. S, Suite 200
> Edmonds, WA  98020
> (425) 776-4100
> Facsimile: (425) 776-1700
> markb@beresfordlaw.com
>
> *Counsel for Defendant Select Portfolio Servicing, Inc.*

DEFENDANT'S OPPOSITION
TO NOTICE OF BANKRUPTCY FILING - 3

**BERESFORD ♦ BOOTH** PLLC
145 THIRD AVENUE SOUTH, SUITE 200
EDMONDS, WASHINGTON 98020
(425) 776-4100 · (425) 776-1700 fax

1

## CERTIFICATE OF SERVICE

2

3        I hereby certify that on January 10, 2011, I electronically filed the
foregoing with the Clerk of the Court using the CM/ECF System and mailed
4   the foregoing to the following via U.S. Mail to the plaintiff and her Chapter 7
bankruptcy trustee at:

5

6                        Angela Ukpoma
                        P.O. Box 1075
7                    Kettle Falls, WA 99141
                            *Pro Se*
8

9                  Bruce R. Boyden, Chapter 7 Trustee
                  Law Offices of Bruce R. Boyden
10                  621 West Mallon, Suite 607
                    Spokane, WA 99201
11

12

13      DATED this 10th day of January, 2011.

14

                        s/ Mark A. Bailey
15                      Mark A. Bailey, WSBA No. 26337
                        BERESFORD ♦ BOOTH PLLC
16                      145 Third Ave. S, Suite 200
                        Edmonds, WA  98020
17                      (425) 776-4100
                        Facsimile: (425) 776-1700
18
                        markb@beresfordlaw.com
19

20                      *Counsel for Defendants Select*
                        *Portfolio Servicing, Inc.*
21

22

23

24

25

26

DEFENDANT'S OPPOSITION
TO NOTICE OF BANKRUPTCY FILING - 4

**BERESFORD ♦ BOOTH** PLLC
145 THIRD AVENUE SOUTH, SUITE 200
EDMONDS, WASHINGTON 98020
(425) 776-4100 · (425) 776-1700 fax

# EXHIBIT 1

1  Mark A. Bailey, Esq., WSBA #26337          The Honorable Lonny R. Suko

2  Beresford Booth PLLC

3  145 Third Avenue South, Ste. 200
   Edmonds, WA 98020

4  Phone (425) 776-4100
   Fax (425) 776-1700

5  Attorney for Select Portfolio Servicing, Inc.

6

7                   **UNITED STATES DISTRICT COURT**

8                   **EASTERN DISTRICT OF WASHINGTON**

9  ANGELA UKPOMA,                    **NO. 2:10-cv-00420-LRS**

10                    Plaintiff,
                                     **[PROPOSED]**
11      vs.

12 SELECT PORTFOLIO                  **ORDER DENYING**
   SERVICING, INC.,                  **PLAINTIFF'S "MOTION"**
13                                   **CONTAINED IN HER**
                      Defendant.     **NOTICE OF BANKRUPTCY**
14                                   **FILING**

15

16

17         This matter came before the Court as a result of the Notice of

18 Bankruptcy Filing, filed by the plaintiff, Angela Ukpoma, on January 4, 2011

19 (Ct. Dkt. No. 15).   The second page of the Notice of Bankruptcy Filing

20 contains a "Prayer" requesting an order that "this case be stayed pursuant to

21 11 U.S.C. 362" and an order "absolving Plaintiff from responding to motions

22 filed by defendant" (the "Motion").  The defendant, Select Portfolio Servicing,

23 Inc. ("SPS"), through its attorneys of record, timely filed its opposition to the

24 Motion.  Based upon the Motion, and upon consideration of the pleadings,

25 papers and authorities presented in support and opposition to the Motion, the

26

ORDER DENYING PLAINTIFF'S MOTION
IN NOTICE OF BANKRUTPCY FILING - 1

**BERESFORD ♦ BOOTH** PLLC
145 THIRD AVENUE SOUTH, SUITE 200
EDMONDS, WASHINGTON 98020
(425) 776-4100 · (425) 776-1700 fax

1    Court finds that the relief sought by the Plaintiff is unwarranted.    NOW,

2    THEREFORE, IT IS HEREBY

3        **ORDERED** that the Motion is **DENIED**; and it is further

4        **ORDERED** that this case is not stayed; and it is further

5        **ORDERED** that Plaintiff is not absolved from responding to motions

6    filed by the defendant SPS.

7        DATED this _____ day of February, 2011.

8

9

10                                        _____
                                         CHIEF JUDGE LONNY R. SUKO

11    Presented by:

12

13    s/ Mark Bailey_____
     Mark Bailey, WSBA #26337

14    Attorneys for the Defendant
     Beresford Booth PLLC

15    145 Third Avenue South, Ste. 200

16    Edmonds, WA 98020
     Phone (425) 776-4100

17    Fax (425) 776-1700

18    Email: markb@beresfordlaw.com

19

20

21

22

23

24

25

26

ORDER DENYING PLAINTIFF'S MOTION
IN NOTICE OF BANKRUTPCY FILING - 2

**BERESFORD ♦ BOOTH** PLLC
145 THIRD AVENUE SOUTH, SUITE 200
EDMONDS, WASHINGTON 98020
(425) 776-4100 · (425) 776-1700 fax