Mark A. Bailey, Esq., WSBA #26337
Beresford Booth PLLC
145 Third Avenue South, Ste. 200
Edmonds, WA 98020
Phone (425) 776-4100
Fax (425) 776-1700
Attorney for Select Portfolio Servicing, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANGELA UKPOMA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>SELECT PORTFOLIO SERVICING, INC.,<br><br>　　　　　　Defendant. | NO. 2:10-cv-00420-LRS<br><br>**ORDER OF DISMISSAL** |

This matter came before the Court on the Motion to Dismiss, filed on December 27, 2010, by defendant Select Portfolio Servicing, Inc. ("SPS"). Based on the pleadings and papers on file, the supporting memorandum, and the evidence presented, the Court finds that on December 8, 2010, a week after the instant suit was commenced, the plaintiff Angela Ukpoma filed for relief under Chapter 7 of the United States Bankruptcy Code, in the matter of *In re Ukpoma*, United States Bankruptcy Court for the Eastern District of Washington Case No. 10-06815-PCW7. Ukpoma's Chapter 7 Trustee, and not Ukpoma herself, is the real party in interest to pursue the claims asserted in this action, and the Chapter 7 Trustee has not sought to intervene as plaintiff despite notice of SPS's motion. Moreover, the Court concludes that Ukpoma's Original Petition (Complaint) (Ct. Rec. 1), filed herein on

ORDER OF DISMISSAL - 1

No. 10-00420

**BERESFORD ♦ BOOTH** PLLC
145 THIRD AVENUE SOUTH, SUITE 200
EDMONDS, WASHINGTON 98020
(425) 776-4100 · (425) 776-1700 fax

December 1, 2010, fails to state a claim against SPS upon which relief may be granted, as required by Fed. R. Civ. P. 12(b)(6).

Accordingly, **IT IS HEREBY ORDERED:**

1. SPS's Motion to Dismiss, Ct. Rec. 7, is hereby **GRANTED.**
2. Plaintiff's claims against SPS are hereby **DISMISSED.**
3. Plaintiff's Motion to Obtain ECF Login/Password, Ct. Rec. 12, is DENIED, as moot.
4. Plaintiff's Motion to Amend, Ct. Rec. 21, is DENIED. The Court finds that amendment of the complaint would be futile with respect to Defendant SPS.
5. The District Court Executive is directed to enter judgment consistent with this order.
6. The file shall be CLOSED in this matter.

The District Court Executive is directed to enter this order and forward copies to counsel, and Plaintiff.

DATED this 1st day of March, 2011.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
United States District Court Judge

ORDER OF DISMISSAL - 2
No. 10-00420

BERESFORD ♦ BOOTH PLLC
145 THIRD AVENUE SOUTH, SUITE 200
EDMONDS, WASHINGTON 98020
(425) 776-4100 · (425) 776-1700 fax