AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

ANGELA UKPOMA,

                Plaintiff,

                                            JUDGMENT IN A CIVIL CASE

                    v.

SELECT PORTFOLIO SERVICING, INC.,           CASE NUMBER: CV-10-420-LRS

                Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Plaintiff's claims against Select Portfolio Servicing, Inc., are dismissed pursuant to the Order of Dismissal entered on March 1, 2011, Ct. Rec. 23.

| | |
|---|---|
| 3/1/11 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |