Mark A. Bailey, Esq., WSBA #26337  
Beresford Booth PLLC  
145 Third Avenue South, Ste. 200  
Edmonds, WA 98020  
Phone (425) 776-4100  
Fax (425) 776-1700  
Attorney for Select Portfolio Servicing, Inc.

The Honorable Lonny R. Suko  
Hearing Date: Not Noted

**UNITED STATES DISTRICT COURT**  
**EASTERN DISTRICT OF WASHINGTON**

ANGELA UKPOMA,

    Plaintiff,

 vs.

SELECT PORTFOLIO SERVICING, INC.,

    Defendant.

**NO. 2:10-cv-00420-LRS**

**ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION**

  This matter came before the Court on Plaintiff's Motion for Reconsideration & Memorandum in Support, filed on March 14, 2011, by the plaintiff, Angela Ukpoma (Ct. Rec. 25). Based on the pleadings and papers on file, the Court finds that Angela Ukpoma has failed to establish any basis for reconsideration of this Court's Order of Dismissal, entered on March 1, 2011 (Ct. Rec. 23).

  Accordingly, **IT IS HEREBY ORDERED** that Angela Ukpoma's Motion for Reconsideration is hereby **DENIED.**

  The District Court Executive is directed to enter this order and forward copies to counsel.

  DATED this 18 day of April 2011.

            s/Lonny R. Suko  
            JUDGE LONNY R. SUKO

ORDER DENYING RECONSIDERATION - 1

No. 10-00420

**BERESFORD ♦ BOOTH** PLLC  
145 THIRD AVENUE SOUTH, SUITE 200  
EDMONDS, WASHINGTON 98020  
(425) 776-4100 · (425) 776-1700 fax